

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re Johnny Ray Ocon,                     * Original Mandamus Proceeding,


No. 11-18-00007-CR                         * January 19, 2018


                                       * Per Curiam Memorandum Opinion
                                         (Panel consists of: Willson, J.,
                                         Bailey, J., and Wright, S.C.J.,
                                         sitting by assignment)

    This court has considered Relator's petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied.   Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.